Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Phone (650) 843-1900
Fax    (650) 843-1999

**E-Filed 1/26/2010**

Attorneys for Petitioners and Plaintiffs
Elan and Reverend Oracle

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELAN AND REVEREND ORACLE,<br><br>              Plaintiffs and Petitioners<br><br>vs.<br><br>SANTA CRUZ COUNTY PLANNING DEPARTMENT; TOM BURNS; and DOES 1-25, inclusive,<br><br>              Defendants and Respondents | Case No. C09-00373 JF<br><br>**The Hon. Jeremy Fogel**<br>**Courtroom 5**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Trial Date: March 26, 2010** |

Plaintiffs Elan and Oracle and Defendants Santa Cruz County Planning Department, et al, by and through their respective counsel of record in this action, hereby present the following stipulation and order extending the hearing date on defendants' pending motion for summary adjudication as follows:

1. WHEREAS, this case was removed to this court from the Santa Cruz County Superior Court on January 27, 2009;

2. WHEREAS, this case is currently set for trial beginning on March 26, 2010;

3. WHEREAS, the current deadline for dispositive motions to be heard is February 19, 2010;

4. WHEREAS, defendants filed a very comprehensive motion for summary adjudication, seeking adjudication on nine separate issues;

5. WHEREAS, the scope of this motion is broader than the parties originally anticipated when first discussing the matter in December 2009;

6. WHEREAS, some 14 depositions have been taken in this case and excerpts from 12 of them have been submitted in support of defendants' motion along with a declaration of Mark Deming with 24 exhibits, a declaration of Tom Burns with 6 exhibits, a declaration of Thomas Jacobson with 5 exhibits and a declaration of Alice Daly with 1 exhibit, totaling approximately 5 inches of filings;

7. WHEREAS, the parties are agreeable that plaintiffs have a two week extension of time to file their opposition to this motion;

8. WHEREAS, a two week extension should not interfere with the current trial date or other pretrial dates;

9. WHEREAS, pursuant to Northern District Civil Local Rules 6-2(a), the declaration of Andrew F. Pierce in support of the parties stipulation and proposed order is filed concurrently herewith;

10. WHEREAS, the parties jointly stipulate, pursuant to Northern District Civil Local Rules 6-1(b) and 6-2, to request that the court issue an order extending the hearing date as set forth below:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT:

(1) The hearing date for defendants' pending motion for summary adjudication currently set for February 19, 2010 shall be extended to March 5, 2010;

(2) The deadline for the parties' respective oppositions and reply papers shall be extended accordingly.

IT IS SO STIPULATED.                              PIERCE & SHEARER LLP

Date: January 22, 2010

_____
Andrew F. Pierce, attorney for Plaintiffs

SANTA CRUZ COUNTY COUNSEL

Date: January 22, 2010                            /s/ Jason M. Heath
                                                  Jason M. Heath, attorney for Defendants

IT IS HEREBY ORDERED THAT:

(1) The hearing date for defendant's pending motion for summary adjudication currently set for February 19, 2010 shall be extended to March 5, 2010;

(2) The deadline for the parties' respective oppositions and reply papers shall be extended accordingly.

Case No. C09-00373 JF                    2
STIPULATION AND [PROPOSED] ORDER

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Date: 1/26/2010

_____
The Honorable Jeremy Fogel
Judge of the United States District Court
for The Northern District of California

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999