1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 9/8/10**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ELAN and REVEREND ORACLE,

     Plaintiffs,

  v.

SANTA CRUZ COUNTY PLANNING DEPARTMENT; TOM BURNS; SANTA CRUZ COUNTY; ELLEN PIRIE; JAN BEAUTZ; NEAL COONERTY; TONY CAMPOS; and MARK W. STONE,

     Defendants.

Case Number 5:09-cv-00373-JF/PVT

**ORDER[1] GRANTING PLAINTIFFS' MOTION TO CONTINUE HEARING SET FOR SEPTEMBER 10, 2010**

[Docket No. 70]

   Plaintiffs Elan and Reverend Oracle ("Plaintiffs") move pursuant to Civil Local Rule 6-3 to continue the hearing date of the parties' motions in limine, which currently is September 10, 2010. Defendants have not filed opposition. On May 4, 2010, the Court granted in part and denied in part Defendants' motion for summary judgment. On September 1, 2010, the Court granted in part Plaintiffs' motion for leave to file a motion for reconsideration of aspects of the

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-00373 JF/PVT
ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE THE HEARING SET FOR SEPTEMBER 10, 2010
(JFEX1)

1    order dated May 4, 2010.  Defendants' opposition to the motion for reconsideration is due on

2    September 8, 2010; Plaintiffs' reply brief is due on September 15, 2010.

3         By their motions in limine, Defendants seek to exclude certain evidence as irrelevant to

4    the issues that remain as a result of the order dated May 4, 2010.  Resolution of the motion for

5    reconsideration may affect the scope of the matters at issue.  Accordingly, Plaintiffs' motion to

6    continue the hearing on the motions in limine will be granted.  The hearing is hereby reset to

7    October 8, 2010 at 9:00 a.m.

8

9    **IT IS SO ORDERED**

10

     DATED: 9/8/10                              _____

11                                              JEREMY FOGEL
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:09-cv-00373 JF/PVT
ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE THE HEARING SET FOR SEPTEMBER 10, 2010
(JFEX1)