**E-Filed 10/5/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELAN and REVEREND ORACLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANTA CRUZ COUNTY PLANNING DEPARTMENT; TOM BURNS; SANTA CRUZ COUNTY; ELLEN PIRIE; JAN BEAUTZ; NEAL COONERTY; TONY CAMPOS; and MARK W. STONE,<br><br>    Defendants. | Case Number 5:09-cv-00373-JF/PVT<br><br>**ORDER[1] GRANTING PLAINTIFFS' MOTION TO CONTINUE HEARING SET FOR OCTOBER 8, 2010**<br><br>[Docket No. 76] |

Plaintiffs Elan and Reverend Oracle ("Plaintiffs") move pursuant to Civil Local Rule 6-3 to continue the hearing date of the parties' motions in limine, which currently is October 8, 2010. Defendants have not filed opposition, and Plaintiffs' attorney indicates that Defendants have agreed not to oppose the instant motion. (Declaration of Andrew Pierce ISO Mot. at ¶ 7.) The hearing originally was set for September 10, 2010. In an order dated September 8, 2010,

---

[1] This disposition is not designated for publication in the official reports.

the Court granted Plaintiffs' motion to continue that hearing date because resolution of a pending motion for reconsideration may affect the scope of the matters at issue. Because the motion for reconsideration remains under submission at this time, Plaintiffs' motion to continue the instant hearing date will be granted. The hearing is hereby reset to October 15, 2010 at 9:00 a.m.

**IT IS SO ORDERED**

DATED: 10/5/10

JEREMY FOGEL
United States District Judge