Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Phone (650) 843-1900
Fax    (650) 843-1999

**E-Filed 1/25/2011**

Attorneys for Petitioners and Plaintiffs
Elan and Reverend Oracle

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELAN AND REVEREND ORACLE,<br><br>  Plaintiffs and Petitioners<br><br>vs.<br><br>SANTA CRUZ COUNTY PLANNING DEPARTMENT; TOM BURNS; and DOES 1-25, inclusive,<br><br>  Defendants and Respondents | Case No. C09-00373 JF<br><br>The Hon. Jeremy Fogel<br>Courtroom 5<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DATE**<br><br>Trial Date: March 26, 2011 |

Plaintiffs Elan and Oracle and Defendants Santa Cruz County Planning Department, et al., by and through their respective counsel of record in this action, hereby present the following stipulation and order extending the settlement conference hearing date, as follows:

1.  WHEREAS, the current Settlement Conference hearing is set for February 1, 2011 in Department 5 at 9:00 a.m.

2.  WHEREAS, all parties are more readily available on January 31, 2011 at 9:00 a.m.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DATE
Case No. C09-00373 JF

3.  WHEREAS, the parties jointly stipulate, pursuant to Northern District Civil Local Rules 6-1(b) and 6-2, to request that the court issue an changing the hearing date as set forth below:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT:

(1) The Settlement Conference hearing date be changed from February 1, 2011 at 9:00 a.m. in department 5 to January 31, 2011 at 9:00 a.m. in department 5.

IT IS SO STIPULATED.

Dated: January 20, 2011                             PIERCE & SHEARER LLP

                                                    By: *Andrew F. Pierce* (signature)
                                                        Andrew F. Pierce
                                                        Attorneys for Plaintiffs

Dated: January 20, 2011                             SANTA CRUZ COUNTY COUNSEL

                                                    By: /s/
                                                        Jason M. Heath
                                                        Attorneys for Defendants

IT IS HEREBY ORDERED THAT:

(1) The Settlement Conference hearing date be changed from February 1, 2011 at 9:00 a.m. ~~in department 5~~ to January 31, 2011 at 9:00 a.m. ~~in department 5~~.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/25/2011

                                                    By: (signature)
                                                        The Honorable Jeremy Fogel, Judge of the
                                                        United States District Court for the
                                                        Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DATE
Case No. C09-00373 JF

2